# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA JENNINGS-FOWLER,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:14-0969** |
| v. | : | **(MANNION, D.J.)** |
| **CITY OF SCRANTON, MAYOR CHRISTOPHER DOHERTY, Individually, and unknown decision maker, Individually,** | : : : | |
| **Defendants** | | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's Motion for Reconsideration (Doc. 27) is **DENIED**; and

**(2)** the defendant's Motion for Leave to File a Third Amended Complaint (Doc. 29) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: July 2, 2015

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0969-02-ORDER.wpd