# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA JENNINGS-FOWLER,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION NO. 3:14-969** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **CITY OF SCRANTON, MAYOR CHRISTOPHER DOHERTY,** Individually, and unknown decision maker, Individually, : : : | |
| Defendant | |

# ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendants' motion for summary judgment, (Doc. 43), is **GRANTED**. The Clerk is directed to close the case.

S/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 12, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0969-03-ORDER.wpd